PROB 35  
(Mod.ED/VA-Rev. 05/05)

Report and Order Terminating Supervised Release  
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT  
FOR THE  
EASTERN DISTRICT OF VIRGINIA



FILED  
MAR 2 2 2013  
CLERK, U.S. DISTRICT COURT  
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

V.

Fred Wiafe Asante

Crim. No. 1:05CR00523-005, 1:06CR00309-001,  
and 1:06CR00310-001

On December 31, 2009, the above-named defendant was placed on supervised release for a period of 4 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ Stanley Leigh  
Stanley E. Leigh  
U.S. Probation Officer  
703-299-2359

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 22nd day of March, 2013.

/s/  
Claude M. Hilton  
United States District Judge

TO CLERK'S OFFICE